PC SCAN

RECEIVED MAN
1/7/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

26-cv-00230
Judge John F. Kness
Magistrate Judge  Jeannice W. Appenteng
Direct PC 6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

SCANNED AT PON CC
EMAILED _1/07/26_ (date)
BY _____ (intials)
_23_ (# of pages)

Brandale M. Blackburn M54199

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CTOS M. Adeyemo #15173
CTO mr. Hernandez
CTO ms. Edward)
BHT MR. DENT
RN M. Maddox
WARDEN ~~Sumlin~~ Catherine Larry
John DOE (Black male Nurse)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

Director Latoya Hughes
St Joseph Medical Center
Wexford Health Source. Inc
Governor J.B Pritzker

CHECK ONE ONLY:

__✓__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Braudale M. Blackburn

B.  List all aliases: Peppa, P3PDOgg

C.  Prisoner identification number: M54199

D.  Place of present confinement: Pontiac c.c

E.  Address: 700 W. lincoln St Pontiac.L, 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: CTOS Adeyemo, Mayowa, k

Title: CTOS (Lietuant)

Place of Employment: Joliet treatment Center

B.  Defendant: CTO mr. Hernandez

Title: CTO (Treatment officer ) E.B.T officer)

Place of Employment: Joliet treatment Center

C.  Defendant: CTO ms. Edward

Title: CTO (Treatment officer)

Place of Employment: Joliet treatment Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                       Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II  Defendants:
D. BHT Mr. DENT
Title: Behavioral Health techican
Place of employment: Joliet treatment center

E. DEFENDANT: RN Ms. M. Maddox
Title: Register Nurse
Place of Employment: Joliet treatment Center

F. Defendant: WARDEN Catherine A. Larry
Title: #1 WARDEN
Place of Employment: Joliet treatment Center

9. DEFENDANT: John DOE (Black Male Nurse)
Title: NURSE
Place of Employment: Joliet treatment Center

H. DEFENDANT: Director latoya Hughes
Title: Acting Director
Place of employment: ~~████████████████~~
        ↳ Illinois Department of Correction

I. DEFENDANT: St Joseph Medical Center
Title: MEDical Staffs
Place of Employment: ~~████████████████~~

II DEFENDANT:
  J. DEFENDANT: Wexford Health Source, INC
  T, TIE: Private Jail Contractor
  Place of Employment: Medical Company

  K. DEFENDANT: Governor J.B Pritzker
  T, TIE: Governor
  Place of Employment: Illinois Department of Correction

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: Brandale Blackburn vs Philip K. Royster ET. AL 3:22-CV-01713-Spm

B.    Approximate date of filing lawsuit: On 7/29/22

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: Brandale Blackburn

D.    List all defendants: Philip K. Ryster, Terry E Brooks, Zachary Fenton Paige S Alger, Chelsea regel sperger, Jarod Schane

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): In federal Court, Southern District

F.    Name of judge to whom case was assigned: Judge Stephen McGlynn

G.    Basic claim made: Excessive force, deliberate indifference to medical & mental health Treatment, ETC

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It Still Pending

I.    Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III A. NAME of Case and Docket Number:
Brandne Blackburn V. CTO mr. Walker ET, AL
22-CV-02723.

B. Approximate date of filing lawsuit: 8/6/24

C. list all Plaintff: Brandne M. Blackburn

D. list All Defendants: CTO. ms. Freeman, CTO T.
Cummings, CTO T. Hines, CTO mr C. Walker, CTO
D. Brodie. CTO mr J. frieson. Sgt C. Whitfield.

E Court Case filed: in federal Court, Northern
District

f: Judge assigned to Case: John F. Kness and
Jeanniee W. Appentena

g: BASIC Claims: Excessive force, deliberate indiffeence
to Medical 3mental health treatment, etc

H: Disposition of this Case: its Still Pending



III I: Approximate date of disposition: Still Pending

7

IV: Statement of Claims
        facts
[ DEliberate indifference to Medical $ MENTAl health ]
                                              Treatment
ON 8-23-24 on 1st Shift in Dorm 1 on B Wing
While i was housed in Cell13. i asked for a Crisis
team member to CTO mr. hernandez around 11 Am
Which he Stated "he was going to let them know
about my Crisis."

So As i waited for my Cr.s.s Which never came
i began to Swallow ~~a~~ a toothbrush, a Pen that
was attach to a String, and metal fish Hook Attach
to a String and i inserted a foriegn object in my
PENIS.

Now at approximate 12:20pm mr DENt Came to Speak
With Resident mr Rimm for a Crisis Which who was
Next door to me in Cell B11, and which i told mr
DENt "i needed medical Attention" i had Swallow
a bunch of foriegn object and inserted multiple
foriegn object in Penis. Which he looked in my Cell
and Seen a String hanging out my mouth.

⑧

At this time mr DENt Stop his evaluation with mr Primm to go let Staffs know about my Self harm behavior $me Needing medical treatment.

So At this time i also told CTO mr Hernandez that i Needed Medical treatment which he Stated he would let his lictuant know i Needed medical treatment who was CTOS mr. m. Adeyemo, who was Assigned to the Dorm

So both Staffs left me UNAttended in my Cell after Self harming with Suicidal Thoughts on my mind

<u>Retaliation</u>

CtO mr Hernandez then told CTOS mr. Adeyemo "We Need to Pull mr Blackburn out his Cell which mr. Adeyemo Stated "fuck him leave him in his Cell He threw Shit on me"

So moment later while Still in Cell B13 i was in Excrivating PAIN.

(9)

[ failure To Protect and
Intervene And neglect to do
Their duty ]

So moment later, RN M. Maddox and John DOE
Came on the wing to PASS out Afternoon
medication on B-wing around 1:10-1:25pm
in which i told them that i had Swallowed some
foriegn object and that i was in Pain,

At this time, John DOE and RN Ms Maddox
told me "they would tell their boss DR
Henzi what had happen Earlier me hurting myself."
And then continue on with med pass

At this time, i Asked mr Hernandez who was
with both nurses that "i need to be pull
out for medical Treatment which it been
over a hour Since iSelf harm,

mr Hernandez told me "He told mr Adeyemo
i need medical & what i had done, it aint much
that he can do He advocated for me, and
Even wrote a incident Report on the
incident that occuved Earlier. then left the
wing which i was basically left for
DEATH

(10)

[ deliberate indifference
to Serious medical Need
failure To Protect and intervene ]
Cruel & unusual Punrshment

So i begAN to Set my Left Leg on fire which moment later mr Hernandez and ms Edward Came on B wing due to the Smoke on the gallery then left Right back off the gallery Basically Seeing me burning my Left Leg.

The officers had Pulled Residents off B-wing out for Structure time group leaving me in my Cell for DEAD in which i told All Residents to tell Staffs i Needed help!

BHT mr DENt Came back on the wing to Speak with Resident mr Primms for his Crisis Evaluation & which i told him i Needed Medical treatment & that i was setting my Left Leg on fire. & that Staffs was Refusing me Treatment

Shortly After, mr DENt Called Mr. adeyemo & told him to Pull me out my Cell do He See "what im doing in my Cell" Refering to me Setting my Left Leg on fire in which i was in PAin. Which Shortly After they both left away from my cell after knowing my life was in DANGER ⑪

[ excessive force
unneccessary USE of force
Cruel & unusual Punishment ]
while

moment ~~later~~ later, both Mr Adeyemo and mr Dent left me for DEAD. i was in Excruvating Pain Yelling forhelp in my cell while my left leg was on fire which their multiple Security staffs responded to B-Wing due to the Smoke alarm going off Notifying the Staffs in J.T.C

Shortly After, MR Adeyemo and mr Hernandez Came back to my cell and told me to Cuff up and which i was unable to due to my Left Leg actively burning.

At this time i told Mr Adeyemo and mr Hernandez "i cant Cuff up Cant you See my Left Leg on fire" in which i Was hitted by a burst of OC Pepper Spray by mr. Adeyemo and then another burst of OC Pepper Spray by mr Hernandez Shortly After While my leftLeg was Actively Burning.

[ Cruel & unusual Punishment ]

At this time, i was Yelling out in Excruvating Pain due to being hitted with multiple burst of OC Pepper Spray by Hernandez and Adeyemo

(12)

and my Left Leg being on fire at the Same time and which At this time i Still wasnt able to Cuff up due to My Left Leg on fire Still and which They Never got the fire extingher to Put out the fire, making my Condition worser

At this time, Multiple Security Staffs then Started To Remove Everyone from their Cell leaving me in my Cell with my Left Leg on fire Still. which i was one of the last Residents left in my Cell while the wing was Smoking due to me Setting My Left Leg on fire.

So once Security Staffs finally got All the other Residents off B-wing to the day Room to be Secured from the fire, mr Adeyemo, mr Hernandez, and ms Edward came in my Cell in which Adeyemo told me to Cuff up $ which i comply.
[DEliberate indifference to medical $ mental health treatment]
Not to Mention, i had Started Setting my Left Leg on fire almost 2 hour later after originally Swallowing the foriegn object $
(13)

inserted foreign object in my Penis which i was refused medical and mental health treatment by RN. M. Maddox, mr Hernandez, mr Adeyemo, ms Edward and John DUE basically left for dead after harming myself.

At this time it was Shortly after 2:10pm When ms Edward Put the fire out by Pouring a food tray full of water on my Left Leg after Adeyemo had finally Attempted to Put the fire out by Pouring water out of a carton onto my Left Leg which was unSuccessful.

At this time i had to be Carry over to the Wheel Chair by Security Staffs on the wing to the dayroom of A wing on Dorm 1 to See DR Henzi, RN M. Maddox and John DOE and which i was Seen for my injury and which my Left Leg was fully wrapped by the Medical Staffs Maddox, DR Henzi and John DUE.

(14)

At this time, Dr Henzi made the Call for me to be tranfered to the outside hospital St Joseph in Joliet due to the foriegn object i swallow and inserted in my Penis and also the 3RD Degree and 2ND Degree Burn i suffer to my Left Leg in which i spent 9 DAys in the hospital at Loyola hospital and St Joseph. from 8-23-24 - 8-31-24

[ Cruel & Unusual Punishment ]
[ Emotional Distress ]

On 8-23-24 i was Sented to St Joseph medical center for a few hrs ans which i was then leter tranferred to Loyola medical hospital in the ICU Burn unit to Recieve multiple Surgery to Remove the foriegn object out my body and to get a skin graft on my Left Leg due to the 3rd Degree Burn Which i was in Extreme Pain

A couple days later i had to get Surgery on my Stomach in which, had to be Sugerically cut open by medical Staffs in Loyola hospital which a couple days later after that Surgery, had to then get a Skin graft Surgery due to my 3rd Degree Burn which i had Skin Remove from my Left thigh in which i was in great PAIN

While housed in Loyola ICU Burn Unit, i had to Recieve PAIN meds and Physical Therapy By Medical Staffs at Loyola hospital in Which i had to Learn How to WALk agAin

Also WHILE house in St Joseph and Loyola hospital from 8-8-24 - 8-31-24 medical Staffs took Picture of my injury at both facility, Which was Place in my medical Record

16

[Retaliation
By Adeyemo]

ON 8-23-24 i was wrote a displinary ticket wrote by mr Adeyemo a ARSON in which i had Set my Left Leg ON P.Re in which mr Adeyemo did out of Retaliation and which later the ticket was Expunged by Adjustment committee iN J.T.C

(Falure To Protect 3 intervence by WARDEN C. LARRY)
ON 9-24-24 i wrote a grievance exhausting my Administrative Remedie about the issue explain above in this Complaint, iN which WARDEN Catherine Larry marked my grievance # K6-2410-1879 a Non emergency Neglecting to do her duty as the C.A.O

[failure To Protect 3 intervene by Governor
J.B Pritzker and Acting Director Latoya Hughes]

i SENTED my grievance # K6-2410-1879 to the administrative Review BOARD in which both Director Latoya Hughes and JB Pritzker Deniecl my grievance Stating "this office finds this issue was appropriately addressed by the

(7)

Facilty administration.

this WholE incident Should be Captureon Dorm 1 B and A Wing on 1st Shift in Joliet treatment Center on 8-23-24

A bunch of Residents housed in J.T.C on 8-23-24 Can testify on my behalf Which would Verify all my Claims Proposed in this Complaint

I Exhausted my Administrative Remedie on this issue Explain in this grievance #-136-2410-1879 and this Complaint to the best of my Ability & Knowledge as well as best as i could with respect to All Claims and All Defendants

[ All Claims to Defendants in this Complaint ]

I'm Suing CTO Mr. M. Adeyemo, CTO Mr. Hernandez, for UNNeccassary Excessive force which Constituted Cruel & UNusual Punishment in Violation of the 8th Amendment of the U.S Constitution and tort

18

Claims for Excessive force @ assault $ battery,
D) Negligence c) intentional infliction of
emotional distress d) Pain and Suffering

Im Suing CTOS mrM. Adayemo and CTO mr
Hernandez for deliberate indifference to Serious
medical and mental health treatment which
Constituted Cruel $ Unusual Punishment in
Violation of the 8th Amendment of the U.S
Constitution

Im Suing CTO ms. Edward, RN M. Maddox and
BHT mr Dent and John Doe for deliberate
indifference to Serious medical and mental health
treatment which Constituted Cruel $ Unusual
Punishment in Violation of the 8th Amendment of
the U.S Constitution

Im Suing CTO ms. Edward, RN M. Maddox and BHT mr
Dent for Excessive force @ assault $ battery
B) negligence C) intentional infliction of Emotional
distress d) Pain and Suffering

19

Im Suing John DOE, WARDEN Catherine Larry, Director latoya Hughes, St Joseph medical Center, Wexford health Source INC and gouernor J.B Pritzker for deliberate indifference to Serious medical and mental health treatment which Constituted cruel & unusual Punishment in violation of the 8th Amendment of the U.S Constitution and im also suing them for excessive force a)assault & battery B) negligence c)intentional infliction of Emotional distress d) Pain and Suffering

Im Suing Adeyemo, mr Hernandez, ms Edward, mr Dent, RN Maddox, Catherine larry, Joth DOE, latoya hughes, St Joseph medical Center, Wexford Health Source INC, and JB Pritzker for failure to Mitigate Risk/intervene/Protect in violation of the Eighth Amendment

Im Suing Adeyemo, mr Hernandez ms Edwards, mr Dent, RN Maddox, Catherine larry, John DOE, latoya hughes, St Joseph medical center, Wexford health Source INC and JB Pritzker for

(20)

Deliberate indifference to unlawful condition of confinement in violation of the Eighth Amendment

Im Suing Adeyemo, mr Hernandez, ms Edward, mr Dent, RN Maddox, Catherine larry, John DOE, latoya hughes, St Joseph medical Center, Wexford health Source INC and J.B Pritzker for Deliberate indifference to Plaintiff Serious medical & mental health Condition in Violation of the 8th Amendment

Im Suing Adeyemo, mr Hernandez, ms Edward, mr Dent, RN Maddox, Catherine larry, John DOE, latoya hughes, St Joseph medical Center, Wexford health Source INC and JB Pritzker for Monell liability arising from Wexford's Deficient Policies and Practices regarding timely Provision of medical Care in Violation of the 8th Amendment

Im Suing Adeyemo, mr Hernandez, ms Edward, mr Dent, RN Maddox, Catherine larry, John DOE, latoya Hughes, St Joseph medical Center, Wexford health Source Inc and JB Pritzker for Retaliation that

(21)

Violated 1st Amendment U.S Constitution

Im Suing Adeyemo, mr Hernandez, ms Edward, mr Dent, RN Maddox, catherine larry, John Doe, latoya hughes, St Joseph medical Center, Wexford health Source Inc and JB Pritzker all The defendant in their own individual and official Capacities

Im Suing Adeyemo, mr Hernandez, ms Edward, mr Dent, RN Maddox, Catherine larry, John Doe, latoya hughes, St Joseph medical Center, Wexford health Source inc AND J. B Pritzker for Violation of Due Process and Equal Protection of law Which violated the 14th Amendment

Im Suing All defendants Name in this Complaint with as best as i could with respect to All Claims and All Defendants to the Best of my Knowledge

(22)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Award Compensatory Damages in the Amount of 1,000,000 B) Award Punitive Damage in the Amount of 1,000,000 C) Award monetary Damage in the Amount of 1,000,000 (One-million dollar) D) for All Name defendants in this Complaint to be disolve for their involvement amisconduct

**VI.**     The plaintiff demands that the case be tried by a jury.     ☑/ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ____6____ day of ___Jauary___, 20 _26_

__Brandale Blackburn M54199__
(Signature of plaintiff or plaintiffs)

__BRANDALE Blackburn__
(Print name)

__M54199__
(I.D. Number)

__Pontiac c.c 700 W. lincoln St__
__Pontiac iL, 61764__
(Address)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]